[No. 4934.    Decided April 26, 1904.]

ALMA K. LAMONA *et al., Respondents,* v. ODESSA STATE BANK *et al., Appellants.*[1]

APPEAL—DISMISSAL—COSTS. An appeal involving only a question of costs will be dismissed on motion.

Appeal from a judgment of the superior court for Lincoln county, Neal, J., entered October 3, 1903, in favor of defendants for costs, upon plaintiffs' voluntary dismissal of the action. Appeal dismissed.

*Myers & Warren,* for appellants.
*Merritt & Merritt,* for respondents.

PER CURIAM.—Respondents brought this action in the superior court of Lincoln county, against appellants and others, to recover $725, alleged to be due upon a promis-

[1]Reported in 76 Pac. 534.

8-35 WASH.

sory note. Appellants filed a demurrer to the complaint, which demurrer was sustained by the court. Respondents thereupon voluntarily dismissed the action. Appellants filed a cost bill, claiming $10 as the statutory attorney's fee to be taxed as costs. Respondents filed a motion to retax this item of costs. The trial court sustained the motion, and retaxed this item of costs at $5. This appeal is prosecuted from that order.

Respondents move to dismiss the appeal. We think the motion should be granted. We have several times held that the mere question of costs in a cause cannot be litigated here. *State ex rel. Scottish-Am. etc. Co. v. Meacham,* 17 Wash. 429, 50 Pac. 52; *State ex rel. Land v. Christopher,* 32 Wash. 59, 72 Pac. 709. It is true that, in *Bringgold v. Spokane,* 19 Wash. 333, 53 Pac. 368, the question of costs was the only question considered, but there appears to have been no motion to dismiss that case.

The cause will be dismissed.